## RAMON v. STATE.
### No. 25272.

Court of Criminal Appeals of Texas.
April 18, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the offense of driving while intoxicated, with a fine of $50.00.

The record brought forward with this appeal does not contain a statement of

facts or bill of exception. All the proceedings appear to be regular. No question is presented for review.

The judgment of the trial court is affirmed.